# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD AUSTEN<br><br>    Plaintiff,<br>v.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICE, JESSICA CRUZ, CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, SANDRA HOLGUIN, ALFREDO MORALES, DEANCO HEALTHCARE, LLC and DOES 1-100,<br><br>    Defendants. | **CASE NO. CV15-07372 DDP (FFMx)**<br><br>[Honorable Dean D. Pregerson]<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT AND ALFREDO MORALES AFTER RULING ON MOTION FOR SUMMARY JUDGMENT**<br><br>**[Fed.R.Civ.Proc. 56]** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Having considered the Motion for Summary Judgment filed by Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT and ALFREDO MORALES ("LAPD Defendants"), the evidence presented in support thereof, Plaintiff's Opposition to the LAPD Defendants' Motion for Summary Judgment, the LAPD Defendants' reply thereto, as well as the parties' oral argument on the motion, the Court GRANTED the LAPD Defendants' Motion for Summary

1

Judgment in its entirety on January 19, 2018. [Doc. 174].

It is now therefore **ORDERED, ADJUDGED AND DECREED** that Defendants City of Los Angeles, Los Angeles Police Department and Alfredo Morales are entitled to judgment in their favor and against Plaintiff Donald Austen, that Plaintiff Donald Austen have and recover nothing by reason of each and all of the claims set forth in his Fourth Amended Complaint against Defendants City of Los Angeles, Los Angeles Police Department and Alfredo Morales, and that Defendants City of Los Angeles, Los Angeles Police Department and Alfredo Morales shall recover costs in accordance with Local Rule 54.

**IT IS SO ORDERED.**

**DATED: January 23, 2018**

**HONORABLE DEAN D. PREGERSON**
**UNITED STATES DISTRICT JUDGE**